IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFRED DAVID HARDY III, ) | |
| # 186 078, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:15-CV-597-WKW |
| ) | [WO] |
| MONTGOMERY CLERK, ) | |
| MUNICIPAL COURT ) | |
| CONSTITUENT SERVICES, ) | |
| JUSTICE CENTER RESEARCH ) | |
| & PLANNING, and GOVERNOR ) | |
| ROBERT BENTLEY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 20, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 4.)  Upon an independent review of the file and the Recommendation, it is ORDERED that the Recommendation is ADOPTED.

It is further ORDERED that this action is DISMISSED with prejudice prior to serve of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because Plaintiff failed to file the complaint within the time prescribed by the applicable period of limitations and, alternatively, because the claim for relief fails to assert a constitutional violation.

A separate final judgment will be entered.

DONE this 30th day of September, 2015.

                                            /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE